UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD HANSON (#499906)

VERSUS

BRENNA JOLEI SMITH, L.P.N., ET AL.

CIVIL ACTION

NO. 12-764-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated April 1, 2013 (doc. no. 7). The plaintiff has filed an objection to the report which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(g) and 1915A, without prejudice to the plaintiff's right to seek additional relief upon satisfaction of the requirements set forth in Heck v. Humphrey, supra.

Baton Rouge, Louisiana, this 24th day of April, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA